NUMBER
13-06-249-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

 

 

 

                       IN RE: TIONA TRUCKLINE,
INC.

 

 

 

                      On Petition for Writ of Mandamus 

 

 

 

                     MEMORANDUM
OPINION

 

    Before Chief Justice Valdez and Justices Rodriguez and Castillo

Memorandum
Opinion Per Curiam

 

Relator, Tiona Truckline, Inc., filed a petition for writ of mandamus
in this Court on May 11, 2006.  Relator
has now filed a  motion to dismiss the
mandamus action.  Relator requests that
this mandamus action be dismissed.








          The Court, having
considered the documents on file and relator=s motion to dismiss, is of the opinion that the
motion should be granted.  Relators= motion to dismiss is
granted.  The petition for writ of
mandamus is hereby DISMISSED.

 

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 25th day of May, 2006.